[No. 8,176.—Department Two.]
April 20, 1882.

IN THE MATTER OF THE ESTATE OF H. W. DEAN, DECEASED.

ESTATE OF DECEASED PERSONS—APPEALABLE ORDER.—An order of the Superior Court setting aside a decree of settlement of the final account of an executor and vacating a decree of distribution is not an appealable order.

APPEAL by executor from an order vacating decree of settlement of final account and decree of distribution, made by Superior Court of the County of Santa Barbara.    HINES, J.

Administration of estate of deceased person.

On the thirteenth day of July, 1876, E. W. Dean, the appellant, as one of the executors of the estate of H. W. Dean, deceased, the other executor having removed from the State, rendered to the Probate Court of Santa Barbara County a final account of his administration, and at the same time a petition for final distribution.

On July 25, 1876, the Probate Court made on order purporting to allow the account, distribute the estate, and to discharge the executors.

After finding that the notice of hearing of the settlement of account and petition for distribution was defective, the Superior Court of Santa Barbara County, on the application of Nellie T. Bassett, a party interested in the estate, and after hearing, on September 5, 1881, ordered and adjudged "that the decree made and entered by the Probate Court of the county of Santa Barbara, on the twenty-fifth day of July, 1876, in the matter of the estate of H. W. Dean, deceased, ap-

proving, allowing, and settling the final accounts of E. W. Dean, and finally and fully discharging said Dean and Sylvester Trull from the further execution of their trusts, be and the same is hereby vacated and set aside; and that E. W. Dean, executor of the estate of H. W. Dean, deceased, be and is hereby required to file with the clerk of this Court, within thirty days, a further inventory of the property belonging to said estate which has come into his hands, and also an account of all money received by him belonging to the said estate, and for and on account thereof, and of all money paid out by him on account of claims duly presented and allowed."

After settlement of his bill of exceptions, the executor, E. W. Dean, took this appeal.

*R. B. Canfield,* for Appellant.

*W. C. Stratton,* for Respondent.

On the authority of *Estate of Cahalan,* 60 Cal. 232, appeal dismissed.